# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| BETTY JANE ROBERTS | : | CASE NO. 17-60103 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | AMENDED MOTION TO ALLOW ADDITONAL APPRAISAL FEES AS AN ADMINISTRATIVE EXPENSE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOW COMES** the Standing Chapter 13 Trustee, Toby L. Rosen, by her staff attorney, and hereby requests an Order allowing additional Appraisal Fees in this case to be paid as an Administrative Expense pursuant to 11 U.S.C. 503(b)(2) as reimbursement under 11 U.S.C. § 330(a) for expenses associated with the services and testimony of a licensed real estate appraiser retained by the Trustee pursuant to 11 U.S.C. § 327(a).

On February 6, 2018, this Court conducted an evidentiary hearing to determine the value of certain real property owned by the debtor and located at 166 First Street, Bergholz, Ohio. In support of this determination, Todd Kreps, an Appraiser with the Charles G. Snyder Company who served as the Court's appointed appraiser in this matter, prepared to testify at said hearing, traveled to Court, met with the Trustee and her counsel, and did so testify at the hearing held in this matter. Included herewith as Exhibit A, is the Appraisal Fee for Services Rendered in relation to this testimony in the amount of $310.36.

The Trustee now requests that the amount of $310.36 be allowed as an

administrative expense in this case pursuant to 11 U.S.C. 503(b)(6), and that the Trustee be required to pay the same to the Charles G. Snyder Company from the assets of the bankruptcy estate.

> Respectfully submitted,
>
> **/S/ Robert P. Harbert (0065285)**
> Staff Counsel for
> Toby L. Rosen, Chapter 13 Trustee
> Charter One Bank Building
> 400 W. Tuscarawas St, 4th Floor
> Canton, OH  44702
> Phone:  (330) 455-2222, ext. 28
> Fax:      (330) 455-1240

## CERTIFICATE OF SERVICE

I certify that on April 12, 2018, a true and correct copy of the Trustee's Amended Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

DONALD M MILLER on behalf of BETTY JANE ROBERTS, debtor, at bankruptcy_attys@yahoo.com

And by regular U.S. mail, postage prepaid, on: NONE

> **/S/ Robert P. Harbert (0065285)**
> Staff Counsel for
> Toby L. Rosen, Chapter 13 Trustee
> Charter One Bank Building
> 400 W. Tuscarawas St, 4th Floor
> Canton, OH  44702

## NOTICE OF MOTION TO ALLOW ADDITIONAL APPRAISAL FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE

Toby L. Rosen, the Standing Chapter 13 Trustee, has filed an Amended Motion to Allow Additional Appraisal Fees and Costs as an Administrative Expense in the above captioned Chapter 13 case.

<u>Your rights may be affected.</u> You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow the additional appraisal fees, or if you want the court to consider your views on the motion, then on or before <u>May 3, 2018,</u> you or your attorney must file with the Court an objection to the motion at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

You must also obtain and notice a court hearing date. If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:
> Toby L. Rosen, Chapter 13 Trustee
> Citizens Bank Building
> 400 W. Tuscarawas Street, 4th Floor
> Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

April 12, 2018

> **/S/ Robert P. Harbert (0065285)**
> Staff Counsel for
> Toby L. Rosen, Chapter 13 Trustee